FILED
2025 May-20 PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# ACORD® COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

**AGENCY**
Acrisure NJ Partners Insurance Services, LLC
100 Passaic Avenue
Suite 120
Fairfield, NJ 07004

**CARRIER**

**NAIC CODE**

**COMPANY POLICY OR PROGRAM NAME**

**PROGRAM CODE**

**POLICY NUMBER**

**CONTACT NAME:**

**PHONE (A/C, No, Ext):** (973) 227-0025

**FAX (A/C, No):** (973) 227-4026

**E-MAIL ADDRESS:**

**CODE:** 401091   **SUBCODE:**

**AGENCY CUSTOMER ID:** EVERENV-01

**UNDERWRITER**

**UNDERWRITER OFFICE**

**STATUS OF TRANSACTION**
- [ ] QUOTE
- [ ] ISSUE POLICY
- [ ] RENEW
- [ ] BOUND (Give Date and/or Attach Copy): DATE ___ TIME ___ AM
- [ ] CHANGE
- [ ] CANCEL   PM

## LINES OF BUSINESS

| INDICATE LINES OF BUSINESS | PREMIUM | | | PREMIUM | | | PREMIUM |
|---|---|---|---|---|---|---|---|
| BOILER & MACHINERY | $ | CYBER AND PRIVACY | $ | | YACHT | | $ |
| BUSINESS AUTO | $ | FIDUCIARY LIABILITY | $ | | | | $ |
| BUSINESS OWNERS | $ | GARAGE AND DEALERS | $ | | | | $ |
| COMMERCIAL GENERAL LIABILITY | $ | LIQUOR LIABILITY | $ | | | | $ |
| COMMERCIAL INLAND MARINE | $ | MOTOR CARRIER | $ | | | | $ |
| X COMMERCIAL PROPERTY | $ | TRUCKERS | $ | | | | $ |
| CRIME | $ | UMBRELLA | $ | | | | $ |

## ATTACHMENTS

| | | |
|---|---|---|
| ACCOUNTS RECEIVABLE / VALUABLE PAPERS | GLASS AND SIGN SECTION | STATEMENT / SCHEDULE OF VALUES |
| ADDITIONAL INTEREST SCHEDULE | HOTEL / MOTEL SUPPLEMENT | STATE SUPPLEMENT (If applicable) |
| ADDITIONAL PREMISES INFORMATION SCHEDULE | INSTALLATION / BUILDERS RISK SECTION | VACANT BUILDING SUPPLEMENT |
| APARTMENT BUILDING SUPPLEMENT | INTERNATIONAL LIABILITY EXPOSURE SUPPLEMENT | VEHICLE SCHEDULE |
| CONDO ASSN BYLAWS (for D&O Coverage only) | INTERNATIONAL PROPERTY EXPOSURE SUPPLEMENT | |
| CONTRACTORS SUPPLEMENT | LOSS SUMMARY | |
| COVERAGES SCHEDULE | OPEN CARGO SECTION | |
| DEALERS SECTION | PREMIUM PAYMENT SUPPLEMENT | |
| DRIVER INFORMATION SCHEDULE | PROFESSIONAL LIABILITY SUPPLEMENT | |
| ELECTRONIC DATA PROCESSING SECTION | RESTAURANT / TAVERN SUPPLEMENT | |

## POLICY INFORMATION

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | METHOD OF PAYMENT | AUDIT | DEPOSIT | MINIMUM PREMIUM | POLICY PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 03/27/2024 | 03/27/2025 | [ ] DIRECT [ ] AGENCY | | | | $ | $ | $ |

## APPLICANT INFORMATION

**NAME (First Named Insured) AND MAILING ADDRESS (including ZIP+4)**
Evergreen Environmental Partners LLC
425 Eagle Rock Rd.
Suite 201
Roseland, NJ 07068

**GL CODE**   **SIC**   **NAICS** 562219   **FEIN OR SOC SEC #** 83-4613840

**BUSINESS PHONE #:**

**WEBSITE ADDRESS** www.eepwaste.com

- [ ] CORPORATION
- [ ] INDIVIDUAL
- [ ] JOINT VENTURE
- [X] LLC   **NO. OF MEMBERS AND MANAGERS:** 2
- [ ] NOT FOR PROFIT ORG
- [ ] PARTNERSHIP
- [ ] SUBCHAPTER "S" CORPORATION
- [ ] TRUST

**NAME (Other Named Insured) AND MAILING ADDRESS (including ZIP+4)**

**GL CODE**   **SIC**   **NAICS**   **FEIN OR SOC SEC #**

**BUSINESS PHONE #:**

**WEBSITE ADDRESS**

- [ ] CORPORATION
- [ ] INDIVIDUAL
- [ ] JOINT VENTURE
- [ ] LLC   **NO. OF MEMBERS AND MANAGERS:**
- [ ] NOT FOR PROFIT ORG
- [ ] PARTNERSHIP
- [ ] SUBCHAPTER "S" CORPORATION
- [ ] TRUST

**NAME (Other Named Insured) AND MAILING ADDRESS (including ZIP+4)**

**GL CODE**   **SIC**   **NAICS**   **FEIN OR SOC SEC #**

**BUSINESS PHONE #:**

**WEBSITE ADDRESS**

- [ ] CORPORATION
- [ ] INDIVIDUAL
- [ ] JOINT VENTURE
- [ ] LLC   **NO. OF MEMBERS AND MANAGERS:**
- [ ] NOT FOR PROFIT ORG
- [ ] PARTNERSHIP
- [ ] SUBCHAPTER "S" CORPORATION
- [ ] TRUST

**EXHIBIT 2**

AGENCY CUSTOMER ID: **EVERENV-01**      **MOHLAND**

## CONTACT INFORMATION

| CONTACT TYPE: | Inspection Contact | CONTACT TYPE: | |
|---|---|---|---|
| CONTACT NAME: | Darren Rizzo | CONTACT NAME: | |
| PRIMARY PHONE #: | ☐ HOME  ☐ BUS  ☒ CELL  (973) 722-4558 | PRIMARY PHONE #: | ☐ HOME  ☐ BUS  ☐ CELL |
| SECONDARY PHONE #: | ☐ HOME  ☐ BUS  ☐ CELL | SECONDARY PHONE #: | ☐ HOME  ☐ BUS  ☐ CELL |
| PRIMARY E-MAIL ADDRESS: | drizzo@eepwaste.com | PRIMARY E-MAIL ADDRESS: | |
| SECONDARY E-MAIL ADDRESS: | | SECONDARY E-MAIL ADDRESS: | |

## PREMISES INFORMATION  (Attach ACORD 823 for Additional Premises)

| LOC # | 1 | STREET: 4583 Pryor Road | | | CITY LIMITS: ☐ INSIDE ☐ OUTSIDE | INTEREST: ☒ OWNER ☐ TENANT | # FULL TIME EMPL | ANNUAL REVENUES: $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | OCCUPIED AREA: SQ FT |
| BLD # | 1 | CITY: Madison | STATE: AL | | | | # PART TIME EMPL | OPEN TO PUBLIC AREA: SQ FT |
| | | COUNTY: | ZIP: 35756 | | | | | TOTAL BUILDING AREA: 15,150 SQ FT |
| DESCRIPTION OF OPERATIONS: Office/Transfer Station | | | | | | | | ANY AREA LEASED TO OTHERS? Y / N  **N** |

(additional empty LOC/BLD blocks)

## NATURE OF BUSINESS

| | APARTMENTS | | CONTRACTOR | | MANUFACTURING | | RESTAURANT | | SERVICE | ☒ | DATE BUSINESS STARTED (MM/DD/YYYY) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONDOMINIUMS | | INSTITUTIONAL | | OFFICE | | RETAIL | | WHOLESALE | | 01/12/2022 |

**DESCRIPTION OF PRIMARY OPERATIONS**
Landfill Operations -

RETAIL STORES OR SERVICE OPERATIONS % OF TOTAL SALES:

INSTALLATION, SERVICE OR REPAIR WORK %

OFF PREMISES INSTALLATION, SERVICE OR REPAIR WORK %

DESCRIPTION OF OPERATIONS OF OTHER NAMED INSUREDS

## ADDITIONAL INTEREST (Not all fields apply to all scenarios - provide only the necessary data)  Attach ACORD 45 for more Additional Interests

| INTEREST | | NAME AND ADDRESS | RANK: | EVIDENCE: | CERTIFICATE | POLICY | SEND BILL | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | LIENHOLDER | | | | | | | LOCATION: | BUILDING: |
| BREACH OF WARRANTY | LOSS PAYEE | | | | | | | VEHICLE: | BOAT: |
| CO-OWNER | MORTGAGEE | | | | | | | AIRPORT: | AIRCRAFT: |
| EMPLOYEE AS LESSOR | OWNER | | | | | | | ITEM CLASS: | ITEM: |
| LEASEBACK OWNER | REGISTRANT | | | | | | | ITEM DESCRIPTION | |
| LENDER'S LOSS PAYABLE | TRUSTEE | REFERENCE / LOAN #: | | INTEREST END DATE: | | | | | |
| | | LIEN AMOUNT: | | PHONE (A/C, No, Ext): | | | | FAX (A/C, No): | |
| REASON FOR INTEREST: | | | | E-MAIL ADDRESS: | | | | | |

ACORD 125 (2016/03)                    Page 2 of 4

| GENERAL INFORMATION | AGENCY CUSTOMER ID: EVERENV-01 | MOHLAND |
|---|---|---|

| EXPLAIN ALL "YES" RESPONSES | | | | Y / N |
|---|---|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY ? | | | | N |
| PARENT COMPANY NAME | RELATIONSHIP DESCRIPTION | | % OWNED | |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | | | N |
| SUBSIDIARY COMPANY NAME | RELATIONSHIP DESCRIPTION | | % OWNED | |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | | | N |
| ☐ SAFETY MANUAL  ☐ SAFETY POSITION  ☐ MONTHLY MEETINGS  ☐ OSHA | | | | |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | | | N |
| 4. ANY OTHER INSURANCE WITH THIS COMPANY?  (List policy numbers) | | | | N |
| LINE OF BUSINESS | POLICY NUMBER | LINE OF BUSINESS | POLICY NUMBER | |
| 5. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR THREE (3) YEARS FOR ANY PREMISES OR OPERATIONS?  **(Missouri Applicants - Do not answer this question)** | | | | N |
| ☐ NON-PAYMENT  ☐ AGENT NO LONGER REPRESENTS CARRIER  ☐ | | | | |
| ☐ NON-RENEWAL  ☐ UNDERWRITING  ☐ CONDITION CORRECTED (Describe): | | | | |
| 6. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | | | N |
| 7. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY?  (In RI, this question must be answered by any applicant for property insurance.  Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | | | N |
| 8. ANY UNCORRECTED FIRE AND/OR SAFETY CODE VIOLATIONS? | | | | N |
| OCCUR DATE | EXPLANATION | RESOLUTION | RESOLVE DATE | |
| 9. HAS APPLICANT HAD A FORECLOSURE, REPOSSESSION, BANKRUPTCY OR FILED FOR BANKRUPTCY DURING THE LAST FIVE (5) YEARS? | | | | N |
| OCCUR DATE | EXPLANATION | RESOLUTION | RESOLVE DATE | |
| 10. HAS APPLICANT HAD A JUDGEMENT OR LIEN DURING THE LAST FIVE (5) YEARS? | | | | N |
| OCCUR DATE | EXPLANATION | RESOLUTION | RESOLVE DATE | |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST?  **NAME OF TRUST:** | | | | N |
| 12. ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN USA, OR US PRODUCTS SOLD / DISTRIBUTED IN FOREIGN COUNTRIES? (If "YES", attach ACORD 815 for Liability Exposure and/or ACORD 816 for Property Exposure) | | | | N |
| 13. DOES APPLICANT HAVE OTHER BUSINESS VENTURES FOR WHICH COVERAGE IS NOT REQUESTED? | | | | N |
| 14. DOES APPLICANT OWN / LEASE / OPERATE ANY DRONES?  (If "YES", describe use) | | | | N |
| 15. DOES APPLICANT HIRE OTHERS TO OPERATE DRONES?  (If "YES", describe use) | | | | N |

**REMARKS / PROCESSING INSTRUCTIONS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

**PRIOR CARRIER INFORMATION**

| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER: |
|---|---|---|---|---|---|
| 2024 - 2024 | CARRIER | | | None- New Purchase | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |

**ACORD 125 (2016/03)**                                    **Page 3 of 4**

**PRIOR CARRIER INFORMATION (continued)**  AGENCY CUSTOMER ID: EVERENV-01  MOHLAND

| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER: |
|---|---|---|---|---|---|
| | CARRIER | | | | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |
| | CARRIER | | | | |
| | POLICY NUMBER | | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | | | | |
| | EXPIRATION DATE | | | | |

**LOSS HISTORY**    ☐ Check if none   (Attach Loss Summary for Additional Loss Information)

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE LAST ___ YEARS    TOTAL LOSSES: $

| DATE OF OCCURRENCE | LINE | TYPE / DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | SUBROGATION Y / N | CLAIM OPEN Y / N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SIGNATURE**

☐ Copy of the Notice of Information Practices (Privacy) has been given to the applicant. (Not required in all states, contact your agent or broker for your state's requirements.)

PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT OR OTHER INVESTIGATIVE REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT AMENDMENTS AND RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. CREDIT SCORING INFORMATION MAY BE USED TO HELP DETERMINE EITHER YOUR ELIGIBILITY FOR INSURANCE OR THE PREMIUM YOU WILL BE CHARGED. WE MAY USE A THIRD PARTY IN CONNECTION WITH THE DEVELOPMENT OF YOUR SCORE. YOU MAY HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND REQUEST CORRECTION OF ANY INACCURACIES. YOU MAY ALSO HAVE THE RIGHT TO REQUEST IN WRITING THAT WE CONSIDER EXTRAORDINARY LIFE CIRCUMSTANCES IN CONNECTION WITH THE DEVELOPMENT OF YOUR CREDIT SCORE. THESE RIGHTS MAY BE LIMITED IN SOME STATES. PLEASE CONTACT YOUR AGENT OR BROKER TO LEARN HOW THESE RIGHTS MAY APPLY IN YOUR STATE OR FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US FOR A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING PERSONAL INFORMATION. (Not applicable in AZ, CA, DE, KS, MA, MN, ND, NY, OR, VA, or WV. Specific ACORD 38s are available for applicants in these states.)    **(Applicant's Initials):** _____

**Applicable in AL, AR, DC, LA, MD, NM, RI and WV:** Any person who knowingly (or willfully)* presents a false or fraudulent claim for payment of a loss or benefit or knowingly (or willfully)* presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. *Applies in MD Only.

**Applicable in CO:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Applicable in FL and OK:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony (of the third degree)*. *Applies in FL Only.

**Applicable in KS:** Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act.

**Applicable in KY, NY, OH and PA:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties (not to exceed five thousand dollars and the stated value of the claim for each such violation)*. *Applies in NY Only.

**Applicable in ME, TN, VA and WA:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties (may)* include imprisonment, fines and denial of insurance benefits. *Applies in ME Only.

**Applicable in NJ:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**Applicable in OR:** Any person who knowingly and with intent to defraud or solicit another to defraud the insurer by submitting an application containing a false statement as to any material fact may be violating state law.

**Applicable in PR:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances [be] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND REPRESENTS THAT REASONABLE INQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE REPRESENTS THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| PRODUCER'S SIGNATURE *[signed]* | PRODUCER'S NAME (Please Print) | STATE PRODUCER LICENSE NO (Required in Florida) |
|---|---|---|
| APPLICANT'S SIGNATURE *Darren Rizzo* | DATE  3/26/24 | NATIONAL PRODUCER NUMBER |

ACORD 125 (2016/03)    Page 4 of 4

# PROPERTY SECTION

| AGENCY CUSTOMER ID: | EVERENV-01 | MOHLAND |
|---|---|---|

**DATE (MM/DD/YYYY):** 03/26/2024

| AGENCY NAME | CARRIER | NAIC CODE |
|---|---|---|
| Acrisure NJ Partners Insurance Services, LLC | | |

| POLICY NUMBER | EFFECTIVE DATE | NAMED INSURED(S) |
|---|---|---|
| | 03/27/2024 | Evergreen Environmental Partners LLC |

## BLANKET SUMMARY

| BLKT # | AMOUNT | TYPE | BLKT # | AMOUNT | TYPE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## PREMISES INFORMATION

**PREMISES #:** 1  **STREET ADDRESS:** 4583 Pryor Road, Madison, AL 35756
**BUILDING #:** 1  **BLDG DESCRIPTION:**

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DED | DED TYPE | BLKT # | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|---|
| Building | 1,250,000 | 90 | R | Special Excluding Theft | | $1,000 | Dollars | | |
| Business Income with Extra Expense | 400,000 | 80 | | Special (Including theft) | | $1,000 | Dollars | | |

**ADDITIONAL INFORMATION**
BUSINESS INCOME / EXTRA EXPENSE - Attach ACORD 810
VALUE REPORTING INFORMATION - Attach ACORD 811

## ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

**SPOILAGE COVERAGE (Y / N)**

| DESCRIPTION OF PROPERTY COVERED | LIMIT $ | REFRIG MAINT AGREEMENT (Y / N) | OPTIONS |
|---|---|---|---|
| | DEDUCTIBLE $ | | BREAKDOWN OR CONTAMINATION<br>POWER OUTAGE<br>SELLING PRICE |

**SINKHOLE COVERAGE (Required in Florida)** — ACCEPT COVERAGE — REJECT COVERAGE — LIMIT: $
**MINE SUBSIDENCE COVERAGE (Required in IL, IN, KY and WV)** — ACCEPT COVERAGE — REJECT COVERAGE — LIMIT: $

☐ PROPERTY HAS BEEN DESIGNATED AN HISTORICAL LANDMARK     # OF OPEN SIDES ON STRUCTURE: ____

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT FT | DISTANCE TO FIRE STAT MI | FIRE DISTRICT | CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|---|---|
| Metal | | | | | | | | 2019 | 15,150 |

**BUILDING IMPROVEMENTS**
WIRING, YR:       PLUMBING, YR:
ROOFING, YR:      HEATING, YR:
OTHER:            YR:

| BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES |
|---|---|---|---|
| | | | |

**WIND CLASS:** SEMI-RESISTIVE / RESISTIVE
HEATING SOURCE INCL WOODBURNING STOVE OR FIREPLACE INSERT
MANUFACTURER:       DATE INSTALLED: ____

**PRIMARY HEAT:** ☐ BOILER  ☐ SOLID FUEL
IF BOILER, IS INSURANCE PLACED ELSEWHERE? Y / N

**SECONDARY HEAT:** ☐ BOILER  ☐ SOLID FUEL
IF BOILER, IS INSURANCE PLACED ELSEWHERE? Y / N

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | FRONT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|---|
| | | | |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | CENTRAL STATION | LOCAL GONG |
|---|---|---|---|---|
| | | | WITH KEYS | |

| BURGLAR ALARM INSTALLED AND SERVICED BY | EXTENT | GRADE | # GUARDS / WATCHMEN | CLOCK HOURLY |
|---|---|---|---|---|
| | | | | |

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2 / Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | CENTRAL STATION / LOCAL GONG |
|---|---|---|---|
| | | | |

## ADDITIONAL INTEREST

☐ ACORD 45 attached for additional names

**INTEREST**
☐ LOSS PAYEE
☐ MORTGAGEE

| NAME AND ADDRESS | RANK: | EVIDENCE: | CERTIFICATE | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|
| | | | | LOCATION:    BUILDING: |
| | | | | ITEM CLASS:    ITEM: |
| | | | | ITEM DESCRIPTION |

**REFERENCE / LOAN #:**

ACORD 140 (2014/12)    Attach to ACORD 125    © 1985-2014 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: **EVERENV-01**   MOHLAND

## ADDITIONAL PREMISES INFORMATION

**PREMISES #:**   **STREET ADDRESS:**
**BUILDING #:**   **BLDG DESCRIPTION:**

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALU-ATION | CAUSES OF LOSS | INFLATION GUARD % | DED | DED TYPE | BLKT # | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**ADDITIONAL INFORMATION**   **BUSINESS INCOME / EXTRA EXPENSE - Attach ACORD 810**   **VALUE REPORTING INFORMATION - Attach ACORD 811**

### ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

**SPOILAGE COVERAGE (Y / N)**   **DESCRIPTION OF PROPERTY COVERED**   **LIMIT $**   **DEDUCTIBLE $**   **REFRIG MAINT AGREEMENT (Y / N)**   **OPTIONS**: BREAKDOWN OR CONTAMINATION   POWER OUTAGE   SELLING PRICE

**SINKHOLE COVERAGE (Required in Florida)**   ACCEPT COVERAGE   REJECT COVERAGE   LIMIT: $
**MINE SUBSIDENCE COVERAGE (Required in IL, IN, KY and WV)**   ACCEPT COVERAGE   REJECT COVERAGE   LIMIT: $

☐ PROPERTY HAS BEEN DESIGNATED AN HISTORICAL LANDMARK   **# OF OPEN SIDES ON STRUCTURE:** _____

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT (FT) | DISTANCE TO FIRE STAT (MI) | FIRE DISTRICT | CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**BUILDING IMPROVEMENTS**
WIRING, YR:   PLUMBING, YR:   **BLDG CODE GRADE**   **TAX CODE**   **ROOF TYPE**   **OTHER OCCUPANCIES**
ROOFING, YR:   HEATING, YR:   **WIND CLASS**   SEMI-RESISTIVE   HEATING SOURCE INCL WOODBURNING STOVE OR FIREPLACE INSERT   DATE INSTALLED: _____
OTHER:   YR:   RESISTIVE   MANUFACTURER:

**PRIMARY HEAT**   ☐ BOILER   ☐ SOLID FUEL   IF BOILER, IS INSURANCE PLACED ELSEWHERE?   Y / N
**SECONDARY HEAT**   ☐ BOILER   ☐ SOLID FUEL   IF BOILER, IS INSURANCE PLACED ELSEWHERE?   Y / N

**RIGHT EXPOSURE & DISTANCE**   **LEFT EXPOSURE & DISTANCE**   **FRONT EXPOSURE & DISTANCE**   **REAR EXPOSURE & DISTANCE**

**BURGLAR ALARM TYPE**   **CERTIFICATE #**   **EXPIRATION DATE**   ☐ CENTRAL STATION WITH KEYS   ☐ LOCAL GONG
**BURGLAR ALARM INSTALLED AND SERVICED BY**   **EXTENT**   **GRADE**   **# GUARDS / WATCHMEN**   CLOCK HOURLY
**PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2 / Chemical Systems)**   **% SPRNK**   **FIRE ALARM MANUFACTURER**   CENTRAL STATION   LOCAL GONG

### ADDITIONAL INTEREST   ☐ ACORD 45 attached for additional names

| INTEREST | NAME AND ADDRESS   RANK:   EVIDENCE:   CERTIFICATE | INTEREST IN ITEM NUMBER |
|---|---|---|
| ☐ LOSS PAYEE ☐ MORTGAGEE | | LOCATION:   BUILDING: |
| | | ITEM CLASS:   ITEM: |
| | | ITEM DESCRIPTION |
| | REFERENCE / LOAN #: | |

**REMARKS** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**ACORD 140 (2014/12)**   Page 2 of 3

| SIGNATURE | AGENCY CUSTOMER ID: EVERENV-01 | MOHLAND |
|---|---|---|

**Applicable in AL, AR, DC, LA, MD, NM, RI and WV**
Any person who knowingly (or willfully)* presents a false or fraudulent claim for payment of a loss or benefit or knowingly (or willfully)* presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. *Applies in MD Only.

**Applicable in CO**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Applicable in FL and OK**
Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony (of the third degree)*. *Applies in FL Only.

**Applicable in KS**
Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act.

**Applicable in KY, NY, OH and PA**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties* (not to exceed five thousand dollars and the stated value of the claim for each such violation)*. *Applies in NY Only.

**Applicable in ME, TN, VA and WA**
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties (may)* include imprisonment, fines and denial of insurance benefits. *Applies in ME Only.

**Applicable in NJ**
Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**Applicable in OR**
Any person who knowingly and with intent to defraud or solicit another to defraud the insurer by submitting an application containing a false statement as to any material fact may be violating state law.

**Applicable in PR**
Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances [be] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND REPRESENTS THAT REASONABLE INQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE REPRESENTS THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| PRODUCER'S SIGNATURE | PRODUCER'S NAME (Please Print) | STATE PRODUCER LICENSE NO (Required in Florida) |
|---|---|---|
| *[signature]* | | |
| **APPLICANT'S SIGNATURE** *Darren Rizzo* | **DATE** 3/26/24 | **NATIONAL PRODUCER NUMBER** |

ACORD 140 (2014/12)                                        Page 3 of 3