

Evergreen Environmental Partners, LLC
4583 Pryor Rd.
Madison, AL 35756

**RE:    Policyholder:**     Evergreen Environmental Partners LLC
      **Claim No.:**       22689707
      **Policy No.:**      MP003100710028200
      **Date of Loss:**    11/1/24
      **Type of Loss:**    Fire
      **Insurer:**         Mesa Underwriters Specialty Insurance Company
      **NAIC #:**          36838

Dear Zach Messinger,

As you may recall, I am a General Adjuster employed by Selective Insurance Company of America, which is handling this claim on behalf of your insurance carrier, Mesa Underwriters Specialty Insurance Company (MUSIC).

Further to our November 11, 2024 reservation of rights letter, MUSIC has continued to investigate Evergreen Environmental Partners LLC's (Evergreen) claim for fire damage occurring on November 1, 2024, to property located at 4583 Pryor Rd. Madison, AL 35756. For the reasons set forth below, MUSIC has concluded that the information made available to date does not support a finding that Evergreen's claim for the damage is covered by the Policy. Accordingly, MUSIC is unable to accept coverage for these costs at this time. If Evergreen possesses any additional information that it believes would bear on the issue of coverage, please provide that information, and MUSIC will consider same upon receipt.

For your convenience, we quote below relevant provisions in the Policy that impact the extent and/or availability of coverage below.

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM

\* \* \*

**A. Coverage**

EXHIBIT 4

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

\* \* \*

**3. Covered Causes Of Loss**

See the applicable Causes Of Loss Form as shown in the Declarations

\* \* \*

**PROTECTIVE SAFEGUARDS**

This endorsement modifies insurance provide under the following:

COMMERICAL PROPERTY COVERAGE PART
STANDARD PROERTY POLICY

**SCHEDULE**

| Premises No. | Building No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| 001 | 001 | P-2 |

\* \* \*

**A.** The following is added to the Commercial Property **Conditions**:

**Protective Safeguards**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

\* \* \*

"P-2" **Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private alarm station.

* * *

B. The following is added to the **Exclusions** section of:
Causes Of Loss – Basic Form
Causes Of Loss – Broad Form
Causes Of Loss – Special Form
Mortgageholders Errors And Omissions Coverage Form
Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

1. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

2. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

* * *

The Protective Safeguard endorsement requires an Automatic Fire Alarm at the loss location as a condition to insurance coverage. The above wording states that MUSIC will not pay for loss or damage caused by fire if, prior to the fire, Evergreen failed to maintain any protective safeguard listed in the Schedule. In this case, the loss location did not have the required Automatic Fire Alarm at the time of the fire. Accordingly, based on the information provided to date, it is MUSIC's understanding that the Policy does not afford coverage for the fire loss.

This letter clarifies MUSIC's position regarding your insurance coverage available for this claim. However, if our explanation is unclear, or if you would like to discuss any aspect of this claim, including any additional information you believe affects the question of coverage, I would be happy to discuss such matters further. Should you have any questions or need additional information, please contact me at 980-279-1675 or alan.kidd@selective.com.

Sincerely,
*Alan Kidd*
Alan Kidd
General Adjuster