IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**EVERGREEN ENVIRONMENTAL PARTNERS, LLC**                     **PLAINTIFF**

V.                                                 CAUSE NO. 5:25-cv-00787-CLM

**MESA UNDERWRITERS SPECIALTY INSURANCE
COMPANY and SELECTIVE INSURANCE COMPANY
OF AMERICA**                                                  **DEFENDANTS**

### DECLARATION OF CERTIFIED MAILING OF PROCESS AND COMPLAINT

Pursuant to 28 U.S.C. ¶ 1746 and FRCP 4(e)(1), this sworn Declaration is filed with the Court to show that a copy of the Summons and Complaint was served via commercial carrier in the method described. I hereby declare under the penalty of perjury that the following is true and correct:

1. Evergreen Environmental Partners, LLC, by its attorney Scott F. Singley, is the serving party.

2. Defendant Mesa Underwriters Specialty Insurance Company was served a copy of the Summons and Complaint on July 15, 2025 by certified mail to the Alabama Department of Insurance, Post Office Box 303351, Montgomery, Alabama 36130. A copy of the certified mail receipt showing delivery acceptance by Colvin Taylor is attached hereto as Exhibit 1.

04726478

DATED: July 24 2025.

                          /s/Scott F. Singley
                          Scott F. Singley, ASB No. SIN019
                          Brunini, Grantham, Grower & Hewes, PLLC
                          Post Office Drawer 119
                          Jackson, Mississippi 39205
                          Telephone: (601) 948-3101
                          Facsimile: (601) 960-6902
                          ssingley@brunini.com