| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Colvin Taylor* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Colvin Taylor  C. Date of Delivery: 7/15/25 |
| 1. Article Addressed to:<br>Alabama Dept. of Insurance<br>Attn: Fairley McDonald<br>PO Box 303351<br>Montgomery, AL 36130<br><br>9590 9402 9141 4225 6212 14 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™ |
| 2. Article Number (Transfer from service label)<br>7022 3330 0001 6292 2691 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

FILED
2025 Jul-24 AM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT 1**

USPS TRACKING #



9590 9402 9141 4225 6212 14

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Brunini Law Firm
Attn: Kyle Williams
190 E Capitol St.
Jackson, MS 39201

Evergreen v. Mesa          CLH

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10