FILED
2025 Jul-24 AM 10:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama Dept. of Insurance
Attn: Fairley McDonald
PO Box 303351
Montgomery, AL 36130

9590 9402 9141 4225 6212 14

2. Article Number *(Transfer from service label)*

7022 3330 0001 6292 2691

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Colvin Taylor
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Colvin TaylOR

C. Date of Delivery
7/15/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(...0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**EXHIBIT 1**

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #
9590 9402 9141 4225 6212 14
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Bruninі Law Firm
Attn: Kyle Williams
190 E Capitol St.
Jackson, MS 39201

Evergreen v. Mesa

CLH