

**KAY IVEY**
GOVERNOR

**MARK FOWLER**
COMMISSIONER

# STATE OF ALABAMA
## DEPARTMENT OF INSURANCE
LEGAL DIVISION
201 MONROE STREET, SUITE 502
POST OFFICE BOX 303351
MONTGOMERY, ALABAMA 36130-3351
TELEPHONE: (334) 241-4117
FACSIMILE: (334) 240-7581
INTERNET: www.aldoi.gov

GENERAL COUNSEL
**REYN NORMAN**

CHIEF COUNSEL
**J. FAIRLEY McDONALD, III**

ASSOCIATE COUNSEL
**KENNETH A. HAIRSTON**
**VINCENT R. LEDLOW**

PARALEGALS
**STACY FARRIS**
**SHAWN STEWART**

RECEIVED
2025 JUL 21  P 1:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

July 16, 2025

MEMORANDUM:

TO:         Office of United States District Court Clerk

FROM:    John F. McDonald, III – Alabama State Bar 0384D67J

RE:         Non-ECF filing in case 5:25-cv-00787-CLM (Northeastern Division)

Please file attached notice in the referenced civil action.  This is a non-party filing.  Do not add me to the distribution list on this case.

Thank you

JFM/ct

Alabama Department of Insurance
Established 1897



# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

EVERGREEN ENVIRONMENTAL )
PARTNERS, LLC; )
)
    Plaintiff, )
)
v. )
)
)
)
MESA UNDERWRITERS SPECIALTY )
INSURANCE COMPANY )
AND SELECTIVE INSURANCE )
COMPANY OF AMERICA, )
)
    Defendants. )

CASE NO. 5:25-cv-00787-CLM

## NOTICE OF FORWARDING SERVICE

Mark Fowler, Alabama Commissioner of Insurance, by and through his undersigned counsel, makes this special and limited appearance to say as follows:

1.    On or about July 15th, 2025, the Commissioner was served with a Civil Summons and Complaint to Mesa Underwriters Specialty Insurance Company in the above-styled action (Docs. 1 and 2). Due to length, copies of filed Docs. 1 and 2 are not attached to this Notice. Defendant insurer is not admitted in Alabama, so service was received by the Commissioner under the Unauthorized Insurers Process Act *codified as* Ala.Code §§ 27-10-50 *et seq.* On July 16th, 2025, a copy of said Summons and Complaint was forwarded via certified mail, return receipt requested, to said Defendant at 40 Wantage Avenue, Branchville, New Jersey 07890.

1

2.      Upon receiving the U.S. Postal Service return signed by the Defendant insurer's designated agent, the Commissioner will forward a copy of same for the Plaintiff's attorney to file with the court.

3.      In accordance with Ala. Code § 27-10-52(c), an insurer is not required to answer or plead until the expiration of 30 days from the date of completion of service on Defendant insurer.

4.      This is a limited appearance. Undersigned counsel does not request that he be automatically included on or served with further filings in this case.

Submitted this 16th day of July, 2025.

_____
J. Fairley McDonald III
[Ala. State Bar No. 0384D67J]

Deputy Attorney General
Chief Counsel
Alabama Department of Insurance
P. O. Box 303351
Montgomery, AL 36130-3351
Telephone: (334) 241-4120
Email: John.McDonald@insurance.alabama.gov

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that, on this 16th day of July, 2025, I have served a copy of this Notice upon the following counsel of record by placing a copy of same in the first class United States Mail, properly addressed and postage prepaid:

Scott F. Singley
Brunini Grantham Grower & Hewes, PLCC
Post Office Box 7520
Columbus, Mississippi 39750

_____
OF COUNSEL

2

STATE OF ALABAMA
DEPARTMENT OF INSURANCE
P.O. BOX 303351
MONTGOMERY, ALABAMA 36130-3351

OFFICE OF U.S. DISTRICT COURT CLERK
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVE NORTH
BIRMIHGHAM, AL 35203

FIRST CLASS





ZIP 36104 $
02 4W
0000388432 J

US POSTAGE