| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Kelly Webster* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) — C. Date of Delivery 7-18-25 |
| 1. Article Addressed to:<br>Selective Ins. Co. of America<br>c/o Corporation Service Co., Inc.<br>641 South Lawrence St.<br>Montgomery, AL 36104<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9141 4225 6212 07 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>2025 JUL 28 A 11:43<br>U.S. DISTRICT COURT<br>N.D. OF ALABAMA |
| 2. Article Number *(Transfer from service label)*<br>7022 3330 0001 6292 2707 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form **3811**, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

FILED
2025 Jul-28 PM 12:40
U.S. DISTRICT COURT
N.D. OF ALABAMA



USPS TRACKING #

9590 9402 9141 4225 6212 07

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Greer M. Lynch, Clerk
USDC Northern District of AL
660 Gallatin St., SW
Huntsville, AL 35801

JUL 28

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

No. 5:25-